# The Illinois Central Railroad Company

v.

## Joseph O. Cunningham.

Excessive damages—*case for putting passenger off train.* Where the plaintiff applied to the office of the defendant railway company for a ticket, but could get no answer, and then took passage on a train carrying passengers, and explained to the conductor the fact of his inability to procure a ticket, and was put off the train in the night time, not at any regular station or usual stopping place, and compelled to walk back: *Held,* in an action to recover for the wrong, that a verdict of $500 damages was excessive.

Appeal from the Circuit Court of Macon county; the Hon. A. J. Gallagher, Judge, presiding.

This was an action on the case, by Joseph O. Cunningham, the appellee, against the Illinois Central Railroad Company, to recover damages for being put off the defendant's train in the night time, not at a regular stopping place for trains. It appeared that the plaintiff was unable to procure a ticket through the fault of the company, and that he was put off the train because he did not have such ticket. The facts of the case are stated in the next preceding case.

Messrs. Nelson & Roby, for the appellant.

Messrs. A. M. & H. W. Ayers, for the appellee.

Mr. Justice Scott delivered the opinion of the Court:

This case is identical in its material facts with the preceding case of *The Illinois Central Railroad Co.* v. *Johnson,* and the questions of law raised are decided the same way.

The verdict was for $500, and in view of the facts, a majority of the court are of opinion that the damages found are excessive, under the reasoning in that case; for which reason the judgment is reversed and the cause remanded.

*Judgment reversed.*